Dean A. Dickie, Esq.
Michelle K. Schindler, Esq.
DYKEMA GOSSETT PLLC
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
(312) 627-2149 (Ph.)
(312) 627-4601 (Fax)
ddickie@dyema.com
mschindler@dyema.com

Attorneys for Plaintiff
MEYER CORPORATION, U.S.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYER CORPORATION, U.S. *et al.*, <br><br> Plaintiff, <br><br> vs. <br><br> EVCO INTERNATIONAL, INC. *et al.*, <br><br> Defendants. | Case No. 2:09-CV-00297 JAM-JEM <br><br> **STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND TO SUBMIT JOINT STATUS REPORT;** <br> **ORDER THEREON** |

The parties in the above-referenced matter, by and through their undersigned counsel, hereby agree and stipulate as follows:

1. Defendant EVCO International, Inc. was served with the Summons and Complaint on February 10, 2009. Defendant Alfay Designs, Inc. was served with the Summons and Complaint on February 26, 2009. Neither defendant has yet filed an answer or other responsive pleading in this case.

2. Plaintiff Meyer Corporation, U.S., previously stipulated to an enlargement of time for EVCO International, Inc. to file an answer or other responsive pleading. The current deadline for Defendant Alfay Designs, Inc. to file an answer or other responsive pleading is March 18, 2009.

---

*Meyer Corporation, U.S. v. EVCO International, Inc., et al.* – Case No. 2:09-CV-00297-JAM-JFM
STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND TO SUBMIT JOINT
STATUS REPORT; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

3. It is the desire of the parties hereto to enlarge the time within which answers or other responsive pleadings can be filed by forty-five (45) days so that they can meet and confer in an effort to narrow the issues or otherwise resolve the case without further litigation. By this stipulation, the deadline for Defendants EVCO International, Inc. and Alfay Designs, Inc. to file an answer or other responsive pleading is now April 30, 2009.

4. Further, it is the desire of the parties to enlarge the time within which they must submit a Joint Status Report pursuant to the Court's February 3, 2009 Order Requiring Joint Status Report. In light of the new deadline for answers or other responsive pleadings, the parties wish to enlarge to time for filing a Joint Status Report to and including May 25, 2009.

5. The execution and filing of this Stipulation shall in no way waive or restrict any defendant from filing an answer or other responsive pleading, including any motion under Rule 12 of the Federal Rules of Civil Procedure.

SO AGREED AND STIPULATED.

Dated: March ___, 2009.    DYKEMA GOSSETT PLLC


By: _____
    Dean A. Dickie
    Michelle K. Schindler
    Attorneys for Plaintiff
    MEYER CORPORATION, U.S.

Dated: March ___, 2009.    KUROSAKI & PARKER, P.C.


By_____
    H. Craig Parker
    Attorneys for Defendant
    EVCO International, Inc.

/ / /

_____
*Meyer Corporation, U.S. v. EVCO International, Inc., et al.* – Case No. 2:09-CV-00297-JAM-JFM
STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND TO SUBMIT JOINT STATUS REPORT; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

Dated: March ___, 2009.                    LIVINGSTON LAW FIRM, P.C.


                                           By_____
                                              Craig A. Livingston
                                              Attorneys for Defendant
                                              Alfay Designs, Inc.


## ORDER

Based on the stipulation of the parties, and good cause appearing therefore;

IT IS HEREBY ORDERED that the time period for defendants to file an answer or other responsive pleading, including any motion under Rule 12 of the Federal Rules of Civil Procedure, is enlarged to and including April 30, 2009;

IT IS FURTHER ORDERED that the deadline for the submission of a Joint Status Report pursuant to this Court's Order Requiring Joint Status Report is now May 25, 2009;

Dated: 03/16/2009

                                           /s/ John A. Mendez_____
                                           HONORABLE JOHN A. MENDEZ
                                           United States District Court Judge

---

*Meyer Corporation, U.S. v. EVCO International, Inc., et al.* – Case No. 2:09-CV-00297-JAM-JFM
STIPULATION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT AND TO SUBMIT JOINT
STATUS REPORT; [PROPOSED] ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com