Mark C. Goodman (Cal. Bar No. 154692)
Evan S. Nadel (Cal. Bar No. 213230)
SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887
Email: enadel@ssd.com

Christopher Sovak (*pro hac vice* application to be filed)
Cem Ozer (*pro hac vice* application to be filed)
BUSHELL, SOVAK, OZER & GULMI LLP
60 E. 42nd Street, Suite 2925
New York, NY 10165
Telephone: +1.212.9949.4700
Facsimile: +1.212.286.0513
Email: cozer@bushellsovak.com

Attorneys for Specially Appearing Defendant
FARBERWARE LICENSING COMPANY, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MEYER CORPORATION, U.S.,<br><br>Plaintiff,<br><br>vs.<br><br>EVCO INTERNATIONAL, INC., d/b/a CREATIVE HOME, ALFAY DESIGNS, INC., and FARBERWARE LICENSING COMPANY, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:09-CV-297 JAM JFM<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME** |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-

STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME - CASE NO. 2:09-CV-297

PDF created with pdfFactory trial version www.pdffactory.com

1     WHEREAS Plaintiff Meyer Corporation, U.S. filed a complaint in this action on February 2, 2009;

    WHEREAS Plaintiff Meyer Corporation, U.S. filed an amended complaint in this action on March 27, 2009, which added Farberware Licensing Company, LLC ("FLC") as a defendant;

    WHEREAS the amended complaint was served on FLC on or about April 1, 2009;

    WHEREAS the date by which defendants Evco International, Inc. and Alfay Designs, Inc. are currently due to respond to the amended complaint is Thursday, April 30, 2009;

    WHEREAS FLC has not previously requested or received an extension of time in this action;

    IT IS THEREFORE STIPULATED AND AGREED THAT

    Pursuant to Local Rules 6-144(a) and 83-143, FLC shall have an extension of time to and including Thursday, April 30, 2009 to answer or otherwise respond to the amended complaint, without waiver of any argument or motion including under Rule 12 of the Federal Rules of Civil Procedure.

DATED: April 20, 2009      DYKEMA GOSSETT PLLC

By:  /s/ *Michelle K. Schindler*

Attorneys for Plaintiff
MEYER CORPORATION, U.S.

DATED: April 20, 2009      SQUIRE, SANDERS *&* DEMPSEY L.L.P.

By:  /s/ *Evan S. Nadel*

Attorneys for Specially Appearing Defendant
FARBERWARE LICENSING COMPANY, LLC

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-

PDF created with pdfFactory trial version www.pdffactory.com

DATED: April 20, 2009                LIVINGSTON LAW FIRM


                                     By:  /s/ *Craig A. Livingston*


                                     Attorneys for Defendant
                                     ALFAY DESIGNS, INC .

DATED: April 20, 2009                KUROSAKI & PARKER, P.C.


                                     By:  /s/ *Howard Craig Parker*


                                     Attorneys for Defendant
                                     EVCO INTERNATIONAL, INC.


**IT IS SO ORDERED.**


                                            /s/ John A. Mendez
DATED: April 20, 2009                _____
                                          HON. JOHN A. MENDEZ

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111-

PDF created with pdfFactory trial version www.pdffactory.com