**LAW OFFICE OF PATRICIA M. COLEMAN**
PATRICIA M. COLEMAN, SBN 102646
6560 Meadowridge Drive
Santa Rosa, CA 95409
Telephone: (707) 537-6792
Facsimile: (707) 537-8341
patc103@sbcglobal.net

Dean A. Dickie (IL ARDC 0631744)
Michelle K. Schindler (IL ARDC 6293710)
**DYKEMA GOSSETT PLLC**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: (312) 876-1700
Facsimile: (312) 627-2302
ddickie@dykema.com
mschindler@dykema.com

Attorneys for Plaintiff
MEYER CORPORATION, U.S.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MEYER CORPORATION, U.S., <br><br> Plaintiff, <br><br> v. <br><br> EVCO INTERNATIONAL, INC., d/b/a CREATIVE HOME, ALFAY DESIGNS, INC., and FARBERWARE LICENSING COMPANY, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO: 2:09-CV-297 <br><br> **ORDER** |

This matter having come before the Court on Meyer Corporation, U.S.'s ("Meyer") Ex Parte Application for an Extension of Time to Respond to the Motion to Dismiss of Farberware Licensing Company, LLC ("FLC"), the Court being fully advised,

IT IS HEREBY ORDERED:

    A.    Meyer is granted an extension of time until June 12, 2009 to file its response to Farberware Licensing Company, LLC's Motion to Dismiss for Lack of Personal Jurisdiction or, in the alternative, to Transfer;

PDF created with pdfFactory trial version www.pdffactory.com

B. The hearing date of June 17, 2009 for FLC's motion is stricken; and

C. FLC's Motion to Dismiss for Lack of Personal Jurisdiction or, in the alternative, to Transfer is set for hearing on July 15, 2009 at 9:00 a.m.

DATED: May 19, 2009

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com