**LAW OFFICE OF PATRICIA M. COLEMAN**
PATRICIA M. COLEMAN, SBN 102646
6560 Meadowridge Drive
Santa Rosa, CA 95409
Telephone: (707) 537-6792
Facsimile: (707) 537-8341
patc103@sbcglobal.net

Dean A. Dickie (IL ARDC 0631744)
Michelle K. Schindler (IL ARDC 6293710)
**DYKEMA GOSSETT PLLC**
10 South Wacker Drive, Suite 2300
Chicago, IL 60606
Telephone: (312) 876-1700
Facsimile: (312) 627-2302
ddickie@dykema.com
mschindler@dykema.com

Attorneys for Plaintiff
MEYER CORPORATION, U.S.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MEYER CORPORATION, U.S., <br><br> Plaintiff, <br><br> v. <br><br> EVCO INTERNATIONAL, INC., d/b/a CREATIVE HOME, ALFAY DESIGNS, INC., and FARBERWARE LICENSING COMPANY, LLC, a Delaware limited liability company, <br><br> Defendants. | CASE NO: 2:09-CV-297 <br><br> **STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR MEYER TO RESPOND TO ALFAY'S MOTION TO DISMISS** |

WHEREAS, on April 27, 2009, Farberware Licensing Company, LLC's ("FLC") filed a Motion to Dismiss for Lack of Personal Jurisdiction or, in the alternative, to Transfer;

WHEREAS, on April 30, 2009, Alfay Designs, Inc.'s ("Alfay") filed a Motion to Dismiss or alternatively, Joinder in FLC's Motion to Transfer;

WHEREAS, pursuant to Local Rule 78-230, the responses of Plaintiff, Meyer Corporation, U.S. ("Meyer") to both motions currently are due on or about May 29, 2009 if it serves FLC and Alfay by electronic service.

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, a hearing on both FLC and Alfay's motions to dismiss was set for June 17, 2009;

WHEREAS, the Joint Status Report in this matter is due on May 25, 2009.

WHEREAS, Meyer has not previously requested or received an extension of time in this matter;

IT IS THEREFORE STIPULATED AND AGREED THAT:

1. Pursuant to Local Rules 6-144 and 83-143, Meyer shall have an extension of time to and including June 12, 2009 to file its response to Alfay's Motion to Dismiss or alternatively, Joinder in FLC's Motion to Transfer.

2. The hearing date for Alfay's motion to dismiss of June 17, 2009 is stricken and Alfay's Motion to Dismiss or alternatively, Joinder in FLC's Motion to Transfer is set for hearing on July 15, 2009 at 9:00 a.m.

3. In light of FLC and Alfay's pending motions, the undersigned parties wish to enlarge the time for filing a Joint Status Report to and including July 24, 2009.

Dated: May 19, 2009          LIVINGSTON LAW FIRM

                             By:  /s/ *Craig A. Livingson*
                                  Attorneys for Alfay Design, Inc.

Dated: May 19, 2009          KUROSAKI & PARKER, P.C.

                             By:  /s/ *Howard Craig Parker*
                                  Attorneys for Evco International, Inc.

Dated: May 19, 2009          DYKEMA GOSSETT PLLC

                             By:  /s/ *Michelle K. Schindler*
                                  Attorneys for Meyer Corporation, U.S.

2
STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR MEYER TO RESPOND TO ALFAY'S MOTIONS TO DISMISS

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the Stipulation of the parties;

IT IS HEREBY ORDERED THAT

1. Meyer shall have an extension of time to and including June 12, 2009 to file its response to Alfay's Motion to Dismiss or alternatively, Joinder in FLC's Motion to Transfer;

2. The hearing date for Alfay's motion to dismiss of June 17, 2009 is stricken and Alfay's Motion to Dismiss or alternatively, Joinder in FLC's Motion to Transfer is set for hearing on July 15, 2009 at 9:00 a.m.; and

3. The deadline for the submission of a Joint Status Report is now July 24, 2009.

DATED: 5/19/2009                    /s/ John A. Mendez
                                     HONORABLE JOHN A. MENDEZ
                                     United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com