IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYER CORPORATION, U.S., | Case No. 2:09-CV-00297-JAM-JFM |
| Plaintiff, | ORDER GRANTING MOTION TO LIFT STAY AND RE-SETTING HEARING ON ALFAY DESIGN, INC.'S MOTION TO DISMISS OR, ALTERNATIVELY, TRANSFER ACTION, AND STAY DISCOVERY |
| v. | |
| EVCO INTERNATIONAL, INC. dba CREATIVE HOME, and ALFAY DESIGNS, INC., | |
| Defendants. | |
| _____/ | |

Plaintiff MEYER CORPORATION U.S.'s ("Meyer") Motion to Lift

Stay was regularly scheduled for hearing on December 9, 2009, at

9:00 a.m. in Courtroom 6 of the above-captioned Court.[1]  Based on

the parties' papers, and good cause appearing therefore,

---

[1]    Because oral argument will not be of material assistance,
the Court orders this matter submitted on the briefs.  E.D. Cal.
L.R. 78-230(h).

1

PDF created with pdfFactory trial version www.pdffactory.com

1

2    IT IS HEREBY ORDERED THAT plaintiff Meyer's Motion to Lift

3    Stay is GRANTED.  However, discovery in the action, including

4    the currently noticed 30(b)(6) depositions of defendants, is

5    stayed until after the Court hears and rules on defendant ALFAY

6    DESIGNS, INC.'s Motion to Dismiss or, Alternatively, Transfer

7    Action.  Said hearing is set for February 3, 2010, at 9:00 a.m.

8    in Courtroom 6 of the above-captioned Court.

9

10

11    IT IS SO ORDERED.

12   Dated: December 4, 2009

13

14                              /s/ John A. Mendez_____

15                              U. S. DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com