**LAW OFFICE OF PATRICIA M. COLEMAN**
PATRICIA M. COLEMAN, SBN 102646
6560 Meadowridge Drive
Santa Rosa, CA  95409
Telephone:  (707) 537–6792
Facsimile:   (707) 537–8341
patc103@sbcglobal.net

**MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.**
DEAN A. DICKIE (IL ARDC 0631744)
225 West Washington Street, Suite 2600
Chicago, IL  60606
Telephone: (312) 460-4227
Facsimile:    (312) 460-4288
dickie@millercanfield.com

Attorneys for Plaintiff
MEYER CORPORATION, U.S.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| MEYER CORPORATION, U.S.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EVCO INTERNATIONAL, INC., d/b/a CREATIVE HOME and ALFAY DESIGNS, INC.,<br><br>　　　　　Defendants. | CASE NO: 2:09-CV-297 JAM JFM<br><br>**STIPULATION FOR ENTRY OF JUDGMENT; ORDER THEREON**<br><br>Honorable John A. Mendez<br>United States District Judge |

**AND RELATED CROSS-ACTION**

### STIPULATION FOR ENTRY OF JUDGMENT

Plaintiff MEYER CORPORATION, U.S. ("Meyer") and Defendant and Cross Claimant EVCO INTERNATIONAL, INC. d/b/a Creative Home ("Evco"), by and through their respective attorneys, having mutually agreed, *inter alia,* to the execution of a Stipulation for Judgment with respect to the above-captioned action (the "Lawsuit"), hereby stipulate and agree that:

PDF created with pdfFactory trial version www.pdffactory.com

1)     Entry of judgment shall be ordered in favor of Meyer and against Evco in the amount of $296,997.19 pursuant and subject to the agreement of the parties (said order is hereafter referred to as "the Judgment Order").

2)     The Court entering the Judgment Order shall retain jurisdiction over the parties and the Lawsuit in order to enforce the agreement of the parties and the Judgment Order.

February 23, 2011

| MEYER CORPORATION, U.S. | EVCO INTERNATIONAL, INC. |
|---|---|
| By: /s/ *Dean A. Dickie* | By: /s/ *Howard Craig Parker* |
| DEAN A. DICKIE (IL ARDC 0631744) | H. CRAIG PARKER (CA SBN 072193) |
| MILLER, CANFIELD, PADDOCK & STONE, PLC | KUROSAKI & PARKER, P.C. |
| 225 West Washington Street, Suite 2600 | 445 South Figueroa Street, Suite 2325 |
| Chicago, Illinois  60606 | Los Angeles, California  90071 |
| Tel:  (312) 460-4227 | Tel:  (213) 532-8838 |
| Fax:  (312) 460-4288 | Fax:  (213) 532-8833 |
| dickie@millercanfield.com | hcp@kpzlaw.com |
| *Attorneys for Meyer Corporation, U.S., Plaintiff* | *Attorneys for Evco International, Inc., Defendant and Cross Claimant* |

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the Stipulation of the parties and good cause appearing therefore;

IT IS HEREBY ORDERED THAT a judgment is entered in favor of Meyer Corporation, U.S. and against Evco International, Inc. d/b/a Creative Home in the amount of $296,997.19 pursuant and subject to the agreement of the parties ("the Judgment Order");

IT IS FURTHER ORDERED THAT the Court entering the Judgment Order shall retain jurisdiction over the parties and the above-captioned action in order to enforce the agreement of the parties and the Judgment Order.

DATED: 2/23/2011                                     /s/ John A. Mendez
                                                     HONORABLE JOHN A. MENDEZ
                                                     United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com